THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENI POLITES, CHT, OTR/L,<br><br>          Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant. | NO. 2:25-cv-00843-RAJ<br><br>ORDER LIMITING DAMAGES AND REMANDING CASE TO STATE SUPERIOR COURT |

Based on the Stipulated Motion for Damages in this matter, IT IS HEREBY ORDERED that all claims for damages in this case, inclusive of taxes, fees, expert fees, and attorney's fees, shall not exceed the sum or value of $75,000.00.

Plaintiff's Motion to Remand, Dkt. # 10, is GRANTED IN PART and DENIED IN PART. Pursuant to the parties' stipulation, this case is remanded to King County Superior Court. Plaintiff's request for attorneys' fees is denied.

DATED this 8th day of July, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER LIMITING DAMAGES AND REMANDING
CASE TO STATE SUPERIOR COURT - 1
(Case No. 2:25-cv-00843-RAJ)

KIRKPATRICK SYMANSKI PARKER
ATTORNEYS AT LAW
6161 NE 175TH STREET, SUITE 203
KENMORE, WA 98028
(206) 629-5489  FAX (206) 629-2120